H. Mandelbaum, d/b/a H. Mandelbaum Machinery Movers, Plaintiff-Appellee, v. G. F. Connelly Co., Inc., a Corporation, Defendant-Appellant.

Gen. No. 48,302.

First District, First Division.

November 6, 1961.

Philip E. Ryan, of Chicago (Philip E. Ryan and Gerald J. Shine, of counsel), for appellant; Rappaport, Clorfene & Rappaport (Hamilton Clorfene and Merrill B. Meyer, of counsel), for appellee. Opinion by MR. JUSTICE BURMAN. Not to be published in full.